UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DELASK PITTMAN,                )
                               )
         Petitioner,           )   3:13-cv-00191-RCJ-WGC
                               )
vs.                            )
                               )   ORDER
STATE OF NEVADA,               )
                               )
         Respondent.           )

Petitioner Delask Pittman has filed an incomplete application to proceed *in forma pauperis* and has submitted a document he has entitled "Motion of Motion and Notice of Appeal Herein Request" (ECF. No. 1-1) which appears to be an attempt to appeal the "final judgment order" in a Nevada Supreme Court case number 59625. The Motion appears to request an extension of time of twelve days to file his petition. These documents were filed with the court on April 17, 2013. It has been more than the twelve days requested by the petitioner and no additional documents have been submitted.

Petitioner's application to proceed in *forma pauperis* is not on the proper form and it is incomplete as it does not include the required financial certificate signed by an authorized prison official or any financial statement of his prison accounts, as required by 28 U.S.C. § 1915A or the local rules of practice. LRS 1-1 and 1-2. Moreover, the Motion is incomprehensible and does not contain any of the necessary information to inform the court of the nature of his proposed action. This matter will be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**. The Clerk shall send to

petitioner the proper form and instructions for filing an application to proceed in *forma pauperis* and for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to petitioner filing his application and petition in a new action. The Clerk shall enter judgment accordingly.

Dated this 16th day of September, 2013.

_____
UNITED STATES CHIEF DISTRICT JUDGE