# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DELASK PITTMAN,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:13-cv-00191-RCJ-WGC

**ORDER**

Petitioner has submitted a motion for a copy of the petition (#14). The court will send petitioner a copy of his habeas corpus petition.

Petitioner also has submitted a motion for a petition that challenges the validity of a judgment for rehearing (#15) and a motion for appointment of counsel (#16). The court denies these motions because the court has closed the action.

IT IS THEREFORE ORDERED that petitioner's motion for a copy of the petition (#14) is **GRANTED**. The clerk of the court shall send to petitioner a copy of the petition (#4).

IT IS FURTHER ORDERED that petitioner's motion for a petition that challenges the validity of a judgment for rehearing (#15) and motion for appointment of counsel (#16) are **DENIED**.

Dated:        February 18, 2014.

                                          ROBERT C. JONES
                                          United States District Judge